```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 45145
    DUANE BENARD JOHNSON
    STACY EVETTE JOHNSON                        CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9546    SSN XXX-XX-4545

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/08/2004 and was confirmed 01/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  64.05% from remaining funds.

     The case was dismissed after confirmation 02/06/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED            .00            .00           .00
ARONSON FURNITURE         SECURED           450.00            .00        450.00
HSBC AUTO FINANCE         SECURED          5565.00         430.53       5565.00
HSBC AUTO FINANCE         UNSECURED        3553.05            .00       1191.73
IL STATE DISBURSEMENT UN  PRIORITY       NOT FILED            .00           .00
AFNI                      UNSECURED      NOT FILED            .00           .00
AFNI                      NOTICE ONLY    NOT FILED            .00           .00
ALLIED DATA CORP          UNSECURED      NOT FILED            .00           .00
ARONSON FURNITURE         UNSECURED           23.31           .00          3.26
CBCS                      NOTICE ONLY    NOT FILED            .00           .00
CHECK N GO                UNSECURED OTH    372.31            .00        125.49
CHICAGO IMAGING INC       UNSECURED      NOT FILED            .00           .00
CREDIT PROTECTION ASSOCI  UNSECURED      NOT FILED            .00           .00
CREDIT PROTECTION ASSOCI  NOTICE ONLY    NOT FILED            .00           .00
CREDIT PROTECTION ASSOCI  UNSECURED      NOT FILED            .00           .00
CREDIT PROTECTION ASSOCI  NOTICE ONLY    NOT FILED            .00           .00
EASY TO BANK EASY TO MAK  UNSECURED      NOT FILED            .00           .00
FIRST FINANCIAL ASSET     UNSECURED      NOT FILED            .00           .00
FIRST FINANCIAL ASSET MA  NOTICE ONLY    NOT FILED            .00           .00
LINEBARGER GOGGAN BLAIR   UNSECURED      NOT FILED            .00           .00
CITY OF CHICAGO PARKING   UNSECURED          150.00           .00         36.48
MCS                       UNSECURED      NOT FILED            .00           .00
MCS                       NOTICE ONLY    NOT FILED            .00           .00
MERCY HOSPITAL            UNSECURED      NOT FILED            .00           .00
MIDWEST ORTHOPAEDIC CONS  UNSECURED      NOT FILED            .00           .00
NATIONWIDE COMMERCIAL LP  UNSECURED         2294.62           .00        769.64
PROFESSIONAL CREDIT SERV  UNSECURED      NOT FILED            .00           .00
RIDDLE & ASSOC PC         UNSECURED      NOT FILED            .00           .00
DIRECT TV                 NOTICE ONLY    NOT FILED            .00           .00
RMCB COLLECTION AGENCY    UNSECURED      NOT FILED            .00           .00
RMCB                      NOTICE ONLY    NOT FILED            .00           .00
SPRINT PCS                UNSECURED      NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 45145 DUANE BENARD JOHNSON & STACY EVETTE JOHNSON
```

```
US DEPT OF EDUCATION    UNSECURED        6005.85           .00      2014.42
ERNESTO D BORGES JR     DEBTOR ATTY      2,300.00                   2,300.00
TOM VAUGHN              TRUSTEE                                       731.81
DEBTOR REFUND           REFUND                                         19.64

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                     13,638.00

PRIORITY                                                  .00
SECURED                                              6,015.00
    INTEREST                                           430.53
UNSECURED                                            4,141.02
ADMINISTRATIVE                                       2,300.00
TRUSTEE COMPENSATION                                   731.81
DEBTOR REFUND                                           19.64
                           ---------------    ---------------
TOTALS                      13,638.00              13,638.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 05/23/08          _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE